

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**

APR 1 4 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

STACY DAVALOS, OLIVIA DAVALOS, RICHARD )
DAVALOS, MARISOL DAVALOS )
ERIC SINDERMANN, WESTON SINDERMANN )
SHANNON SINDERMANN, CADEN SINDERMANN )
MEGAN SINDERMANN, )
             Plaintiff(s), )

vs. )

AMY RANTAMAKI, WAYNE RANTAMAKI )
ILLINOIS STAT OF, DCFS, MARIANNE ZIMMER )
GEORGE SHELDON, JULIE CUMMINGS, )
CITY OF ASHWAUBENON, HOUGHTON COUNTY )
FRIENDS OF THE COURT, SOUTHERN BAPTIST CONVENTION )
)
             Defendant(s). )

**1:16-cv-4318**
**Judge Ronald A. Guzman**
**Magistrate Judge Susan E. Cox**

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is   *Stacy Renee Davalos*  .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

Attachment to page 1

Plaintiff #2
ERic A. Sindermann 5011 Prairie Oak Rd. Gurnee, IL 60031

Plaintiff # 3
Olivia M. Davalos

Plaintiff # 4
Richard A. Davalos

Plaintiff # 5
Marison Davalos

Plaintiff # 6
Weston E. Sindermann

Plaintiff #7
Shannon G Sindermann

Plaintiff # 8
Caden S. Sindermann

Plaintiff # 9
Megan F. Sindermann

4.  Defendant, _Amy Nicole Rantamaki_____, is
    (name, badge number if known)

    ☐ an officer or official employed by _____;
    (department or agency of government)

    _____or

    ☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5.  The municipality, township or county under whose authority defendant officer or official

    acted is _Illinois, State of_____. As to plaintiff's federal

    constitutional claims, the municipality, township or county is a defendant only if

    custom or policy allegations are made at paragraph 7 below.

6.  On or about _04—14_____, at approximately ___4:15___ ☐ a.m. ☒p.m.
    (month, day, year)
    plaintiff was present in the municipality (or unincorporated area) of _____

    _____Waukegan_____, in the County of __Lake_____,

    State of Illinois, at _725 Ash St. Waukegan IL 60085__,
    (identify location as precisely as possible)

    when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

    ☒ arrested or seized plaintiff without probable cause to believe that plaintiff ~~had to committed, was committing or was about to commit a crime;~~ *serve civil documents*

    ☒ searched plaintiff or his property without a warrant and without reasonable cause;

    ☒ used excessive force upon plaintiff;

    ☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;

    ☐ failed to provide plaintiff with needed medical care;

    ☒ conspired together to violate one or more of plaintiff's civil rights;

    ☒ Other:
    1. Knowingly ignored childrens complaints of abuse
    2. Knowingly took children across multiple state lines hiding children on basis of religion.
    3. Knowingly denied contact of children with Plaintiffs on basis of Race and Religion.
    4. Due to Prejudices against Plaintiffs' Race and Religion Defendant committed libel, slander toward Plaintiffs in attempt to cover up criminal activity.

Attachment to page 3

Defendant #2
Marianne E. Zimmer (ILDCFS) 500 N. Greenbay Rd. Waukegan, IL 60085
(847-249-7800)

Defendant #3
George H. Sheldon (ILDCFS) 406 E. Monroe St. Sta. 30 Springfield, IL
62701 (217-785-4010)

Defendant #4
Julie Cummings (ILDCFS) 500 N. Greenbay Rd. Waukegan, IL 60085
(847-249-7800)

Defendant #5
Houghton County 401 E. Houghton Ave. Houghton, MI. 49931
ERic Forsberg, [Admin] phone # (906-482-8307)
Defendant #6 fax # (906-482-7238
Friends of the Court 401 E. Houghton Ave. Houghton, MI 49931
BRENDA CADWELL [SUP.] (phone#) (906-482-2102)
Defendant #7 (fax #)(906-482-9552)
City of Ashwaubenon 2155 Holmgren Way Greenbay, WI. 54304
ph# (920-492-2300)
fax (920-492-2341)

Defendant #8
Southern Baptist Convention - Office of Conventions Relations
901 Commerce St. Nashville, TN. 37203-
Defendant #9 3699
Wayne Rautamaki 42115 N. Hancock St. Chassell, MI 49916
(906-523-6377)

Precision Automotive Inc. 911 Evergreen Dr. Houghton MI
49931
(906-482-6911)

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant

municipality, county or township, which custom or policy is the following: (*Leave blank*

*if no custom or policy is alleged*): _Jews are not allowed to have children,_
_"All Marines are nothing but mindless killing machines and need_
_to be kept from their children", Baptist is the true religion_
_and Plaintiff's will not have contact with non anglo relatives_
_and only be taught Baptist teachings._

8. Plaintiff was charged with one or more crimes, specifically:

_- resisting arrest_ _____

_____

_____

_____

9. (*Place an X in the box that applies. If none applies, you may describe the criminal*
*proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☒ Plaintiff was found guilty of one or more charges because defendant deprived me of a

fair trial as follows _Documents Withheld/Altered. False testimony_
_/perjury by Officials/Officers/States Attorneys._

☐ Other: _____.

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

1. Plaintiff's were accused of wrongful conduct on multiple occasions, when unfounded all agencies refused to investigate and/or prosecute ficticious police complaints/filings 2.) Defendants advised they were exempt from Federal Laws and State Laws 3.) After Defendants comitted illegal actions, Defendants falsified federal documents to seek federal assistance, 4.) Defendants covered up abuse and sexual misconduct brought of children and introduced Plaintiffs (children) to sexual deviancy. 5.) Defendants also violated Plaintiffs 2nd ammendment rights by denying Plaintiff's right to (keep and bear arms) 6.) Defendants violated Plaintiffs' 4th ammendment by threatening physical force to enter Plaintiff's dwelling/domicile. 7.) Defendants violated Plaintiffs 1st ammendment right by forcing/establishing a religion on Plaintiffs.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows: 1.) By Knowingly hindering communications between Plaintiffs causing emotional/mental duress. 2.) defamation of character, libel, slander, loss of business 3.) wrongful arrest/conviction/imprisonment, 4.) Theft, 5.) child Sexual Abuse 6.) Unlawful seizure of assets 7.) Threatened harm to children, caused harm to children, forever effecting great harm on children 8.) Compromised childrens education thus comprimising their economic future.

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

14.     Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A.     Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B.     ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C.     Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _____

Plaintiff's name *(print clearly or type)*:_____

Plaintiff's mailing address:_____

City_____ State _____ ZIP _____

Plaintiff's telephone number: ( ) _____.

Plaintiff's email address *(if you prefer to be contacted by email)*:_____

_____

15.     Plaintiff has previously filed a case in this district.  ☐ Yes  ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _Stacy Davalos_

Plaintiff's name *(print clearly or type)*: _Stacy DAVALOS_

Plaintiff's mailing address: _725 N. Ash St._

City _Waukegan_   State _IL_   ZIP _60085_

Plaintiff's telephone number: (_847_) _599-0364_.

Plaintiff's email address *(if you prefer to be contacted by email)*:_____

15. Plaintiff has previously filed a case in this district.  ☐ Yes ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

Attachment to page 5

Plaintiff's Signature: _____

Plaintiff's Name ( Print Clearly or type): ERIC SINDERMANN

Plaintiff's mailing address: 5011 PRAIRIE OAK RD. GURNEE IL 60031

City: GURNEE     State: IL     Zip: 60031

Plaintiff's telephone number: (708) 707-5587

Plaintiff's email address ( if you prefer to be contacted by email): _____